JOHN M. GATTI (State Bar No. 138492)
E-mail: jgatti@manatt.com
ALAN M. BRUNSWICK (State Bar No. 052253)
Email: abrunswick@manatt.com
CARY L. FINKELSTEIN (State Bar No. Bar No. 302138)
E-mail: CFinkelstein@manatt.com
MANATT, PHELPS & PHILLIPS, LLP
11355 West Olympic Boulevard
Los Angeles, California 90064-1614
Telephone: (310) 312-4000
Facsimile: (310) 312-4224

*Attorneys for Defendant*
NEXT PRODUCTIONS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ROBERTS HEDGPETH, IN HER CAPACITY AS EXECUTIVE DIRECTOR, FILM MUSICIANS SECONDARY MARKETS FUND,<br><br>Plaintiff,<br><br>vs.<br><br>INITIAL ENTERTAINMENT GROUP, INC., a California corporation; INITIAL ENTERTAINMENT GROUP, INC., a Delaware corporation; IEG; INITIAL ENTERTAINMENT GROUP; GKF DISTRIBUTION, LLC, a Texas limited liability company; AVIATOR, INC., a California corporation; BEN & BANKS, LLC, a California limited liability company; BLACK CIRCLE BOYS PRODUCTIONS INC., a California corporation; CAMPFIRE LLC, a California limited liability company; COMPULSION, INC., a California corporation; DR. T INC., a California corporation; LITTLE CITY, LLC, a California limited liability company; NEXT PRODUCTIONS, LLC, a California limited liability company; UNFINISHED FILMS, INC., a California corporation; and Does 1 through 10, inclusive,<br><br>Defendants. | No: 2:16-cv-01604-PA-AFM<br><br>Honorable Percy Anderson<br><br>**ANSWER OF DEFENDANT NEXT PRODUCTIONS, LLC, TO PLAINTIFF'S COMPLAINT**<br><br>**JURY TRIAL DEMANDED**<br><br>Complaint Filed:   March 8, 2016 |

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

317136832.2

CASE NO: 2:16-cv-01604-PA-AFM
ANSWER OF DEFENDANT NEXT PRODUCTIONS
TO PLAINTIFF'S COMPLAINT

Defendant Next Productions, LLC ("Next Productions"), hereby answers the Complaint ("Complaint") of Plaintiff Kim Roberts Hedgpeth, in her Capacity as Executive Director, Film Musicians Secondary Markets Fund ("Plaintiff") as follows:

## INTRODUCTION

1.     Next Productions admits that union musicians and other employees help create movie and television films enjoyed throughout the world. Next Productions admits that under industry-wide collective bargaining agreements, the payment to the musicians include the deferred compensation sometimes known as residuals. Next Productions admits that the amount of the residuals depends on the amount of worldwide revenues from the worldwide secondary and supplemental markets (e.g., VCR/DVD, Free-TV, Pay-TV, Digital or In-flight) after initial distribution of the films (e.g., in the Movie Theater). Except as expressly admitted, Next Productions denies the allegations of Paragraph 1.

2.     Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 2 of the Complaint, and on that basis, Next Productions denies the allegations.

3.     Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 3 of the Complaint, and on that basis, Next Productions denies the allegations.

4.     Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 4 of the Complaint, and on that basis, Next Productions denies the allegations.

5.     The allegations of Paragraph 5 state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions lacks knowledge or information sufficient to form a belief as to the

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

317136832.2                                        1                      CASE NO: 2:16-cv-01604-PA-AFM
                                                                          ANSWER OF DEFENDANT NEXT PRODUCTIONS
                                                                          TO PLAINTIFF'S COMPLAINT

truth of the allegations of Paragraph 5 of the Complaint, and on that basis, Next Productions denies the allegations.

6. Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 6 of the Complaint, and on that basis, Next Productions denies the allegations.

**PARTIES**

7. Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 7 of the Complaint, and on that basis, Next Productions denies the allegations.

8. The allegations of Paragraph 8 state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 8 of the Complaint, and on that basis, Next Productions denies the allegations.

9. Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 9 of the Complaint, and on that basis, Next Productions denies the allegations.

10. Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 10 of the Complaint, and on that basis, Next Productions denies the allegations.

11. Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 11 of the Complaint, and on that basis, Next Productions denies the allegations.

12. Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 12 of the Complaint, and on that basis, Next Productions denies the allegations.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

317136832.2

2

CASE NO: 2:16-cv-01604-PA-AFM
ANSWER OF DEFENDANT NEXT PRODUCTIONS
TO PLAINTIFF'S COMPLAINT

1    13.   Next Productions lacks knowledge or information sufficient to form a
2  belief as to the truth of the allegations of Paragraph 13 of the Complaint, and on
3  that basis, Next Productions denies the allegations.
4    14.   Next Productions lacks knowledge or information sufficient to form a
5  belief as to the truth of the allegations of Paragraph 14 of the Complaint, and on
6  that basis, Next Productions denies the allegations.
7    15.   Next Productions lacks knowledge or information sufficient to form a
8  belief as to the truth of the allegations of Paragraph 15 of the Complaint, and on
9  that basis, Next Productions denies the allegations.
10   16.   Next Productions lacks knowledge or information sufficient to form a
11 belief as to the truth of the allegations of Paragraph 16 of the Complaint, and on
12 that basis, Next Productions denies the allegations.
13   17.   Next Productions lacks knowledge or information sufficient to form a
14 belief as to the truth of the allegations of Paragraph 17 of the Complaint, and on
15 that basis, Next Productions denies the allegations.
16   18.   Next Productions lacks knowledge or information sufficient to form a
17 belief as to the truth of the allegations of Paragraph 18 of the Complaint, and on
18 that basis, Next Productions denies the allegations.
19   19.   Next Productions admits that it was a California limited liability
20 company, with its principal place of business in Los Angeles, California.  Except as
21 expressly admitted, Next Productions denies the allegations of Paragraph 19.
22   20.   Next Productions lacks knowledge or information sufficient to form a
23 belief as to the truth of the allegations of Paragraph 20 of the Complaint, and on
24 that basis, Next Productions denies the allegations.
25   21.   The allegations of Paragraph 21 of the Complaint state a legal
26 conclusion to which no response is required, but to the extent a response to the
27 allegations is required, Next Productions lacks knowledge or information sufficient
28 to form a belief as to the truth of the allegations of Paragraph 21 of the Complaint

MANATT, PHELPS &
PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

317136832.2                                3                     CASE NO: 2:16-cv-01604-PA-AFM
                                                                 ANSWER OF DEFENDANT NEXT PRODUCTIONS
                                                                 TO PLAINTIFF'S COMPLAINT

1  as they relate to Defendants Does 1-10, and on that basis, Next Productions denies
2  the allegations.

### JURISDICTION AND VENUE

4      22.    The allegations of Paragraph 22 of the Complaint state a legal
5  conclusion to which no response is required, but to the extent a response to these
6  allegations is required, Next Productions lacks knowledge or information sufficient
7  to form a belief as to whether the Court has jurisdiction over this lawsuit and parties
8  pursuant to Section 301 of the Labor Management Relations Act, as amended,
9  29 U.S.C. § 185, and 28 U.S.C. § 1331, 1337, and 1367, and on that basis, Next
10  Productions denies the allegations.

11      23.    The allegations of Paragraph 23 of the Complaint state a legal
12  conclusion to which no response is required, but to the extent a response to these
13  allegations is required, Next Productions lacks knowledge or information sufficient
14  to form a belief as to whether venue is proper in this District pursuant to 28 U.S.C.
15  § 1391(b) , and on that basis, Next Productions denies the allegations.

### THE COLLECTIVE BARGAINING AGREEMENT

17      24.    The allegations of Paragraph 24 of the Complaint state a legal
18  conclusion to which no response is required, but to the extent a response to the
19  allegations is required, Next Productions lacks knowledge or information sufficient
20  to form a belief as to the truth of the allegations of Paragraph 24 of the Complaint,
21  and on that basis, Next Productions denies the allegations.

22      25.    The allegations of Paragraph 25 of the Complaint state a legal
23  conclusion to which no response is required, but to the extent a response to the
24  allegations is required, Next Productions lacks knowledge or information sufficient
25  to form a belief as to the truth of the allegations of Paragraph 25 of the Complaint,
26  and on that basis, Next Productions denies the allegations.

27      26.    The allegations of Paragraph 26 of the Complaint state a legal
28  conclusion to which no response is required, but to the extent a response to the

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

317136832.2

4

CASE NO: 2:16-cv-01604-PA-AFM
ANSWER OF DEFENDANT NEXT PRODUCTIONS
TO PLAINTIFF'S COMPLAINT

allegations is required, Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 26 of the Complaint, and on that basis, Next Productions denies the allegations.

27. The allegations of Paragraph 27 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 27 of the Complaint, and on that basis, Next Productions denies the allegations.

28. The allegations of Paragraph 28 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 28 of the Complaint, and on that basis, Next Productions denies the allegations.

29. The allegations of Paragraph 29 of the Complaint state legal conclusions to which no response is required, but to the extent a response to the allegations is required, Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 29 of the Complaint, and on that basis, Next Productions denies the allegations.

**MUSICIANS PERFORM WORK**

30. The allegations of Paragraph 30 of the Complaint state legal conclusions to which no response is required, but to the extent a response to the allegations is required, Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 30 of the Complaint, and on that basis, Next Productions denies the allegations.

**BREACH OF AGREEMENT**

31. Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 31 of the Complaint, and on that basis, Next Productions denies the allegations.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

317136832.2

5

CASE NO: 2:16-cv-01604-PA-AFM
ANSWER OF DEFENDANT NEXT PRODUCTIONS
TO PLAINTIFF'S COMPLAINT

32. The allegations of Paragraph 32 of the Complaint state a legal conclusion as to which no response is required, but to the extent a response is required, Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 32 of the Complaint, and on that basis, Next Productions denies the allegations.

33. Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 33 of the Complaint, and on that basis, Next Productions denies the allegations.

34. Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 34 of the Complaint, and on that basis, Next Productions denies the allegations.

35. Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 35 of the Complaint, and on that basis, Next Productions denies the allegations.

36. Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 36 of the Complaint, and on that basis, Next Productions denies the allegations.

37. Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 37 of the Complaint, and on that basis, Next Productions denies the allegations.

38. The allegations of Paragraph 38 of the Complaint states legal conclusions as to which no response is required, but to the extent a response is required, Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 38(a) – (d) of the Complaint, and on that basis, Next Productions denies the allegations.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

317136832.2

6

CASE NO: 2:16-cv-01604-PA-AFM
ANSWER OF DEFENDANT NEXT PRODUCTIONS
TO PLAINTIFF'S COMPLAINT

## CLAIM ONE
## BREACH OF CONTRACT

39. Next Productions restates and incorporates by reference its responses to the allegations in Paragraphs 1 through 38 of the Complaint.

40. The allegations of Paragraph 40 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 40 of the Complaint, and on that basis, Next Productions denies the allegations.

41. The allegations of Paragraph 41 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 41 of the Complaint, and on that basis, Next Productions denies the allegations.

42. The allegations of Paragraph 42 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 42 of the Complaint, and on that basis, Next Productions denies the allegations.

## CLAIM TWO
## ACCOUNTING

43. Next Productions restates and incorporates by reference its responses to the allegations in Paragraphs 1 through 42 of the Complaint.

44. The allegations of Paragraph 44 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions lacks knowledge or information sufficient

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

317136832.2

7

CASE NO: 2:16-cv-01604-PA-AFM
ANSWER OF DEFENDANT NEXT PRODUCTIONS TO PLAINTIFF'S COMPLAINT

to form a belief as to the truth of the allegations of Paragraph 44 of the Complaint, and on that basis, Next Productions denies the allegations.

45. The allegations of Paragraph 45 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions lacks knowledge or information sufficient to form a belief as to the truth of the allegations of Paragraph 45 of the Complaint, and on that basis, Next Productions denies the allegations.

46. The allegations of Paragraph 46 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions denies the allegations of Paragraph 46 of the Complaint.

47. The allegations of Paragraph 47 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions denies the allegations of Paragraph 47 of the Complaint.

## CLAIM THREE
## MONIES HAD AND RECEIVED

48. Next Productions restates and incorporates by reference its responses to the allegations in Paragraphs 1 through 47 of the Complaint.

49. The allegations of Paragraph 49 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions denies the allegations of Paragraph 49 of the Complaint.

50. The allegations of Paragraph 50 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions denies the allegations of Paragraph 50 of the Complaint.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

317136832.2

8

CASE NO: 2:16-cv-01604-PA-AFM
ANSWER OF DEFENDANT NEXT PRODUCTIONS
TO PLAINTIFF'S COMPLAINT

51. The allegations of Paragraph 51 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions denies the allegations of Paragraph 51 of the Complaint.

## CLAIM FOUR
## RESTITUTION

52. Next Productions restates and incorporates by reference its responses to the allegations in Paragraphs 1 through 51 of the Complaint.

53. The allegations of Paragraph 53 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions denies the allegations of Paragraph 53 of the Complaint.

54. The allegations of Paragraph 54 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions denies the allegations of Paragraph 54 of the Complaint.

55. The allegations of Paragraph 55 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions denies the allegations of Paragraph 55 of the Complaint.

56. The allegations of Paragraph 56 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions denies the allegations of Paragraph 56 of the Complaint.

57. The allegations of Paragraph 57 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

317136832.2

9

CASE NO: 2:16-cv-01604-PA-AFM
ANSWER OF DEFENDANT NEXT PRODUCTIONS
TO PLAINTIFF'S COMPLAINT

allegations is required, Next Productions denies the allegations of Paragraph 57 of the Complaint.

## CLAIM FIVE
## DECLARATORY RELIEF

58. Next Productions restates and incorporates by reference its responses to the allegations in Paragraphs 1 through 57 of the Complaint.

59. The allegations of Paragraph 59 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions denies the allegations of Paragraph 59(a) – (c) of the Complaint.

60. The allegations of Paragraph 60 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions denies the allegations of Paragraph 60(a) – (c) of the Complaint.

61. The allegations of Paragraph 61 of the Complaint state a legal conclusion to which no response is required, but to the extent a response to the allegations is required, Next Productions denies the allegations of Paragraph 61 of the Complaint.

## RESPONSE TO PRAYER FOR RELIEF

Next Productions denies that Plaintiff is entitled to any of the relief requested in paragraphs (1) through (11) of the Prayer for Relief contained in the Complaint, or to any relief whatsoever, and further denies that Plaintiff has been injured or damaged in any amount whatsoever, or at all, by any act or omission of Next Productions.

## AFFIRMATIVE DEFENSES

Without assuming any burden of proof that it would not otherwise bear, Next Productions also asserts the following separate and additional defenses:

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

317136832.2

10

CASE NO: 2:16-cv-01604-PA-AFM
ANSWER OF DEFENDANT NEXT PRODUCTIONS
TO PLAINTIFF'S COMPLAINT

# AFFIRMATIVE DEFENSES

## FIRST AFFIRMATIVE DEFENSE

(Failure to State a Claim)

1. The Complaint, and each purported claim for relief alleged in it, fails to state a claim for relief against Next Productions.

## SECOND AFFIRMATIVE DEFENSE

(Failure to Plead Claims With Required Specificity)

2. The Complaint, as well as each and every alleged claim for relief therein, is barred in whole or in part because Plaintiff failed to allege facts with the requisite accuracy and specificity to state a cause of action against Next Productions.

## THIRD AFFIRMATIVE DEFENSE

(Statute of Limitations)

3. To the extent any of the conduct complained of occurred outside the applicable limitations period, Plaintiff's Complaint and any purported claims for relief alleged therein are barred, in whole or in part, by the applicable statutes of limitations, including, but not limited to, the four-year statute of limitations under California Code of Civil Procedure section 337. *See Int'l Union, UAW v. Hoosier Cardinal Corp.*, 383 U.S. 696, 704-05 (1966).

## FOURTH AFFIRMATIVE DEFENSE

(No Damages)

4. The Complaint is barred because Plaintiff has no right to the amounts sought in the Complaint and/or has suffered no injury as a result of Next Productions' actions.

## FIFTH AFFIRMATIVE DEFENSE

(Failure to Mitigate)

5. Plaintiff, in the exercise of reasonable diligence, could have mitigated the alleged monetary and other damages to itself and its members, but Plaintiff

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

317136832.2

11

CASE NO: 2:16-cv-01604-PA-AFM
ANSWER OF DEFENDANT NEXT PRODUCTIONS
TO PLAINTIFF'S COMPLAINT

failed to exercise reasonable diligence and have not mitigated such alleged damages.

## SIXTH AFFIRMATIVE DEFENSE

(Good Faith)

6. Any and all actions taken by Next Productions were fair and reasonable and were performed in good faith based on all relevant facts known to Next Productions at the time.

## SEVENTH AFFIRMATIVE DEFENSE

(Third Party)

7. Some or all of Plaintiff's claims are barred because the alleged conduct complained of by Plaintiff was done by persons or entities other than Next Productions and, that at all times, said persons or entities acted without the consent, authorization, knowledge, or ratification of Next Productions with regard to the acts as alleged in the Complaint.

## EIGHTH AFFIRMATIVE DEFENSE

(Laches/Waiver/Estoppel)

8. The Complaint, and each claim for relief alleged therein, is barred in, in whole or in part, by the doctrines of laches, waiver, and/or estoppel.

## NINTH AFFIRMATIVE DEFENSE

(Unclean Hands)

9. The Complaint and any purported claims for relief alleged therein are barred, in whole or in part, by the doctrine of unclean hands.

## TENTH AFFIRMATIVE DEFENSE

(Proximate Causation)

10. Plaintiff cannot prove any facts showing that Next Productions' conduct was the proximate cause of the losses incurred, if any, and the damages sought in the Complaint, which are denied.

MANATT, PHELPS & PHILLIPS, LLP
ATTORNEYS AT LAW
LOS ANGELES

317136832.2

12

CASE NO: 2:16-cv-01604-PA-AFM
ANSWER OF DEFENDANT NEXT PRODUCTIONS
TO PLAINTIFF'S COMPLAINT

**ELEVENTH AFFIRMATIVE DEFENSE**

(Proportionate Fault)

11. If Plaintiff sustained any injuries under the circumstances alleged in the Complaint, which is denied, Next Productions is liable only for that portion of alleged damages, if any, which corresponds to Next Productions' degree of fault or responsibility, and Next Productions is not liable for damages attributable to the responsibility, negligence or fault of Plaintiff or of any other person or entity, whether named or unnamed in the Complaint.

**TWELFTH AFFIRMATIVE DEFENSE**

(No Attorneys' Fees)

12. To the extent Plaintiff seeks an award of attorneys' fees or costs, the Complaint fails to state facts sufficient to support such an award.

**THIRTEENTH AFFIRMATIVE DEFENSE**

(Failure to Exhaust Remedies)

13. Plaintiff's Complaint and any purported claims for relief alleged therein are barred because Plaintiff failed to exhaust its administrative and/or contractual remedies available to its claims therein and the persons against whom it has brought them.

**FOURTEENTH AFFIRMATIVE DEFENSE**

14. The Complaint does not describe the claims or facts with sufficient particularity to permit Next Productions to ascertain what other defenses may exist. Next Productions may rely on any and all further separate and additional defenses that become available or appear during discovery in this action. Next Productions reserves its right to amend this Answer for the purpose of asserting such additional defenses.

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

317136832.2

13

CASE NO: 2:16-cv-01604-PA-AFM
ANSWER OF DEFENDANT NEXT PRODUCTIONS
TO PLAINTIFF'S COMPLAINT

**FIFTEENTH AFFIRMATIVE DEFENSE**

15. Next Productions incorporates herein the separate and additional defenses alleged by the other Defendants in this action to the extent applicable to Next Productions.

**PRAYER FOR RELIEF**

WHEREFORE, Next Productions prays that Plaintiff take nothing by the Complaint and this Court enter judgment:

1. Dismissing the Complaint in its entirety with prejudice;

2. Awarding Next Productions its attorneys' fees and costs in this action; and

3. For any other relief this Court may deem just and proper.

**JURY DEMAND**

Next Productions hereby demands a trial by jury on all claims so triable.

Dated: June 9, 2016

MANATT, PHELPS & PHILLIPS, LLP
JOHN M. GATTI
ALAN M. BRUNSWICK
CARY L. FINKELSTEIN

By: */s/ John M. Gatti*
    John M. Gatti
    *Attorneys for Defendant*
    NEXT PRODUCTIONS, LLC

Manatt, Phelps & Phillips, LLP
Attorneys At Law
Los Angeles

317136832.2

14

CASE NO: 2:16-cv-01604-PA-AFM
ANSWER OF DEFENDANT NEXT PRODUCTIONS
TO PLAINTIFF'S COMPLAINT